UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALIREZA BAKHTIARI, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:04CV01071 AGF |
| DR. PAULA M. LUTZ, et al., | ) ) ) ) |
| Defendants. | ) |

**ORDER**

On motion of Plaintiff (Doc. #58), the discovery deadline is hereby extended to December 31, 2005. Case dispositive motions shall be filed by January 13, 2006; responses shall be filed by February 13, 2006; and replies shall be filed by February 23, 2006. The trial date shall remain as scheduled on May 15, 2006.

_____
AUDREY G. FLEISSIG
United States Magistrate Judge

Dated this 18th day of November, 2005.