UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALIREZA BAKHTIARI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:04CV01071 AGF |
| ) | |
| DR. PAULA M. LUTZ, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on Plaintiff's motion for an extension of time to respond to Defendants' summary judgment motions [Doc. #75], filed on January 25, 2006. Plaintiff requests seven (7) additional days from February 13, 2006, or until February 20, 2006, to file his response. Defendants state that they do not oppose granting Plaintiff seven (7) additional days, but assert that Plaintiff has miscalculated the response date, and that under local rules the response is due on February 2, 2006. By Order dated November 18, 2005 [Doc. #59], however, this Court extended the deadline for filing case dispositive motions, and as it had in prior orders, provided for 30 days to respond, to and including February 13, 2006. Thus, Plaintiff has properly noted the current response deadline.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for extension of time to file a response to Defendants' summary judgment motions [Doc. #75] is **GRANTED**. Plaintiff shall have until February 20, 2006 to file his response, and Defendants shall

have until March 2, 2006 to reply. The Court will determine following the receipt of all briefs whether it may be necessary to continue the trial date.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 26th day of January, 2006.