UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALIREZA BAKHTIARI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:04CV01071 AGF |
| | ) |
| PAULA M. LUTZ, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

In light of the extensions of time granted to Plaintiff to respond to Defendants' motion for summary judgment, Plaintiff's motion (filed after the Court's most recent Order amending the Case Management Order in this case) for sanctions for the spoliation of electronic evidence and the extension of time granted to Defendants to respond to Plaintiff's motion for sanctions, and the other extensions of the deadlines in the Case Management Order granted by this Court,

**IT IS HEREBY ORDERED** that the May 15, 2006 trial date in this case is vacated.

**IT IS FURTHER ORDERED** that a telephone conference to set a new trial date shall take place on **April 24, 2006, at 1:30 p.m.** The Court shall initiate the telephone conference.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 11th day of April, 2006.