UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALIREZA BAKHTIARI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:04CV01071 AGF |
| ) | |
| DR. PAULA M. LUTZ, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Following a conference with counsel,

**IT IS HEREBY ORDERED** that the trial in this matter is rescheduled for **Monday, September 25, 2006, at 9:00 a.m.** The case is **No. 2** on the trial docket.

_____
AUDREY G. FLEISSIG
United States Magistrate Judge

Dated this 24th day of April, 2006.